IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TYRONE DEMARIO DONER,        )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )       3:24cv638-MHT
                             )           (WO)
DAVID JOHNSON, et al.,       )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that this action is dismissed without prejudice.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of January, 2025.

                                       /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE